Filed 8/5/25  P. v. Venson CA2/2

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | B339357 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. BA140055) |
| v. | |
| CLIFFORD ALLAN VENSON, | |
| Defendant and Appellant. | |

THE COURT:

In 1997, a jury found defendant and appellant Clifford Allan Venson guilty of unlawful driving of a vehicle (Veh. Code, § 10851, subd. (a)) and evading an officer (Veh. Code, § 2800.2) and found true that he had three prior convictions constituting "strikes" under the "Three Strikes" law (Pen. Code, §§ 667, subds. (b)-(i), 1170.12).  He was sentenced to 25 years to life in state prison.  This court affirmed the judgment on direct appeal. (*People v. Venson* (Feb. 26, 1998, B111731) [nonpub. opn.].)

In 2024, defendant filed a petition for writ of habeas corpus requesting resentencing under Assembly Bill No. 600 (2023–2024 Reg. Sess.) and Penal Code sections 1170.18 and 1170.126. On June 14, 2024, the trial court summarily denied the petition because (1) defendant's previous petition for Penal Code section 1170.126 relief had been denied with prejudice in 2019, and (2) neither of defendant's convictions were eligible for relief under Penal Code section 1170.18. Defendant filed a notice of appeal.

After reviewing the record, appointed appellate counsel filed a brief raising no issues and asking this court to follow the procedures set forth in *People v. Delgadillo* (2022) 14 Cal.5th 216. Defendant filed a supplemental brief on May 8, 2025.

Because the order denying defendant's petition for writ of habeas corpus is nonappealable, we dismiss his appeal. (See *Robinson v. Lewis* (2020) 9 Cal.5th 883, 895; *People v. Hodge* (2024) 107 Cal.App.5th 985, 1000, fn. 5; *People v. Fuimaono* (2019) 32 Cal.App.5th 132, 133–134.)

## DISPOSITION

The appeal is dismissed.

<u>NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS</u>.

ASHMANN-GERST, Acting P. J.    CHAVEZ, J.    RICHARDSON, J.